| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
June 23, 2022
Nathan Ochsner, Clerk

Giovanna Bulox, *et al.*, §
§
          Plaintiffs, §
§
*versus* §     Civil Action H-21-2320
§
CooperSurgical, Inc., *et al.*, §
§
          Defendants. §

## Partial Judgment

Because CooperSurgical, Inc., is not an alter-ego of The Cooper Companies, it is dismissed from the case. (46)

Signed on June 22, 2022, at Houston, Texas.

                                         _____
                                             Lynn N. Hughes
                                           United States District Judge