United States District Court
Southern District of Texas
**ENTERED**
March 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GIOVANNA BULOX, MATIAS BULOX, LORENA AHIRI MERLO, and DANIEL MERLO, § § § § Plaintiffs, § § v. § § COOPERSURGICAL, INC., FEMCARE, LTD., and UTAH MEDICAL PRODUCTS, INC., § § § § § Defendants. § | Civil Action No. 4:21-CV-02320 |

# FINAL JUDGMENT

In accordance with the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge signed by the Court on this date, the Court finds that Plaintiffs shall take nothing by his claims against Defendants and Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE.** All relief requested by Plaintiffs is denied. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT**.

Signed on March 25, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**